AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 01, 2026**

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| PAUL M. | ) |
| *Plaintiff* | ) |
| v. | ) |
|  | ) |
|  | ) |

Civil Action No.   1:25-CV-3136-TOR

FRANK BISIGNANO,
Acting Commissioner of Social Security
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Plaintiff's Motion for EAJA Attorney's Fees (ECF No. 20) is GRANTED. The Commissioner is directed to pay EAJA
fees in the amount of $5,246.73 for attorney's fees and costs.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   THOMAS O. RICE

Date:   6/1/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*